OSBORNE
v.
REED.

---

## OSBORNE and Another v. REED

*In an action on a penal bond, the defendant has a right, on oyer, to a copy not only of the bond, but of the condition; and of every other part of the obligation, even to the attestation and names of the witnesses, if required. To deny oyer where it ought to be granted is error.*

*Tuesday,
November 6.*

ERROR to the *Franklin* Circuit Court.—In this case there was a general-demurrer to the declaration, and judgment for the plaintiff below, the defendant in error.

BLACKFORD, J.—Debt on a penal bond, of which profert is made in the declaration. The defendants craved oyer of the bond, and it was granted. They then craved oyer of the condition of the bond, but this was denied by the Court below. Where the plaintiff declares upon a deed, and makes profert of it, the defendant has a right, on oyer, to a copy of every part of the obligation, even to the attestation and names of the witnesses, if re-

quired. Willes, 288. Formerly the deed remained in Court all the term in which it was shown, subject to the defendant's inspection. 5 Co. R. 74. And this is supposed still to be the case, for every purpose beneficial to the defendant. Willes, 288. —1 Wils. 16. When oyer is denied where it ought to be allowed, it is an error of the Court for which their judgment will be set aside. 2 Ld. Raym. 970.—1 Wils. 16 (1). In the case before us, the record shows that there was a condition to the bond on which the action was founded; and that oyer of the condition was craved in proper time, but the Court refused to grant it. Thus a material part of the cause of action was kept from the defendant's knowledge. He was denied information to which the law entitled him, and without which it was not to be expected that he could make his defence.

*Per Curiam.*—The judgment is reversed, and the proceedings subsequent to the demand of oyer of the condition of the bond are set aside, with costs. Cause remanded for further proceedings.

*Caswell,* for the plaintiffs.

*Test,* for the defendant.

(1) But if oyer be granted to a party not entitled to it, he cannot assign that for error. 2 Ld. Raym. 970.